FILED BY YH D.C.

Sep 24, 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. **19-20617-CR-KING/BECERRA**

18 U.S.C. § 1349
18 U.S.C. § 982

UNITED STATES OF AMERICA

vs.

ALDO ENRIQUE RUIZ,

    Defendant.
_____/

## INFORMATION

The United States Attorney charges that:

### GENERAL ALLEGATIONS

At all times relevant to this Information:

#### Commercial Insurance

1.     Blue Cross Blue Shield of Florida ("BCBS-FL") was a "health care benefit program," as defined in Title 18, United States Code, Section 24(b).

2.     BCBS-FL made payments directly to health care providers, rather than to the beneficiary who received the health care benefits, items, and services. This occurred when the provider accepted assignment of the right to payment from the beneficiary.

3.     To obtain payment for treatment or services provided to a beneficiary, health care providers had to submit itemized claim forms to BCBS-FL. The claim forms were typically submitted electronically via the internet. The claim forms required certain important information, including: (a) the beneficiary's name and Health Insurance Claim Number or other identification number; (b) a description of the health care benefit, item, or service that was provided or supplied

to the beneficiary; (c) the billing codes for the benefit, item, or service; (d) the date upon which the benefit, item, or service was provided or supplied to the beneficiary; and (e) the name of the referring physician or other health care provider, as well as a unique identifying number, known either as the Unique Physician Identification Number ("UPIN") or National Provider Identifier ("NPI").

4.  When a provider submitted a claim form to BCBS-FL, the provider certified that the contents of the form were true, correct, complete, and that the form was prepared in compliance with the applicable laws and regulations concerning the submission of health care claims. The submitting party also certified that the services being billed were medically necessary and were, in fact, provided as billed.

### The Defendant, Related Person, and Related Entities

5.  Culumbia Rehab Medical Center Corp. ("Culumbia Medical") was a Florida corporation, located at 430 West 66th Street in Hialeah, Florida. Culumbia Medical was a medical clinic that purportedly provided commercial private insurance beneficiaries with various medical treatments and services.

6.  Esmeralda Medical Center Corp. ("Esmeralda Medical") was a Florida corporation, located at 14100 Palmetto Frontage Rd., Suite 105, in Miami Lakes, Florida. Esmeralda Medical was a medical clinic that purportedly provided commercial private insurance beneficiaries with various medical treatments and services.

7.  Ibelis Hernandez, a resident of Miami-Dade County, was the Registered Agent and President of Esmeralda Medical and one of the true owners of Culumbia Medical.

8.  ARPT Consulting Group, Inc. ("ARPT Consulting") was a Florida corporation located at 5760 NW 72nd Avenue, in Miami, Florida.

9. 3D Healthcare, Inc. ("3D Healthcare") was a Florida corporation first located at 5760 NW 72nd Avenue, in Miami, Florida, then later located at 6812 NW 113 Court, in Doral, Florida.

10. Defendant **ALDO ENRIQUE RUIZ,** a resident of Miami-Dade County, was a Physical Therapist for Culumbia Medical and Esmeralda Medical, and the owner, operator, and registered agent of ARPT Consulting and 3D Healthcare.

### Conspiracy to Commit Health Care Fraud and Wire Fraud
### (18 U.S.C. § 1349)

From in or around June 2016, and continuing through in or around March 2018, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**ALDO ENRIQUE RUIZ,**

did willfully, that is, with the intent to further the objects of the conspiracy, and knowingly combine, conspire, confederate and agree with Ibelis Hernandez and others known and unknown to the United States Attorney, to commit offenses against the United States, that is:

a. to knowingly and willfully execute a scheme and artifice to defraud a health care benefit program affecting commerce, as defined in Title 18, United States Code, Section 24(b), that is, BCBS-FL, and to obtain, by means of materially false and fraudulent pretenses, representations, and promises, money and property owned by, and under the custody and control of, said health care benefit program, in connection with the delivery of and payment for health care benefits, items, and services, in violation of Title 18, United States Code, Section 1347; and

b. to knowingly and with the intent to defraud, devise and intend to devise a scheme and artifice to defraud and for obtaining money and property by means of materially false and fraudulent pretenses, representations, and promises, knowing the pretenses, representations, and promises were false and fraudulent when made, and for the purpose of executing the scheme and

artifice, did knowingly transmit and cause to be transmitted by means of wire communication in interstate and foreign commerce, certain writings, signs, signals, pictures, and sounds, in violation of Title 18, United States Code, Section 1343.

## PURPOSE OF THE CONSPIRACY

11. It was a purpose of the conspiracy for the defendant and his co-conspirators to unlawfully enrich themselves by, among other things: (a) submitting and causing the submission of false and fraudulent claims to a health care benefit program via interstate wire communication; (b) concealing the submission of false and fraudulent claims to a health care benefit program; (c) concealing the receipt of the fraud proceeds; and (d) diverting the fraud proceeds for their personal use and benefit, and the use and benefit of others, and to further the fraud.

## MANNER AND MEANS OF THE CONSPIRACY

The manner and means by which the defendant and his co-conspirators sought to accomplish the objects and purpose of the conspiracy included, among others, the following:

12. **ALDO ENRIQUE RUIZ**, Ibelis Hernandez, and others submitted and caused Culumbia Medical to submit, via interstate wire communication, approximately $1,580,342 in claims to BCBS-FL which falsely and fraudulently represented that various health care benefits were medically necessary, prescribed by a doctor, and had been provided to BCBS-FL beneficiaries by Culumbia Medical.

13. **ALDO ENRIQUE RUIZ**, Ibelis Hernandez, and others submitted and caused Esmeralda Medical to submit, via interstate wire communication, approximately $1,708,960 in claims to BCBS-FL which falsely and fraudulently represented that various health care benefits were medically necessary, prescribed by a doctor, and had been provided to BCBS-FL beneficiaries by Esmeralda Medical.

14. As a result of such false and fraudulent claims, **ALDO ENRIQUE RUIZ** and his co-conspirators caused BCBS-FL to make payments to Culumbia Medical in the approximate amount of $391,646, and to Esmeralda Medical in the approximate amount of $521,471.

15. **ALDO ENRIQUE RUIZ** and his co-conspirators used the proceeds of the health care fraud for their personal use and benefit, the use and benefit of others, and to further the fraud.

All in violation of Title 18, United States Code, Section 1349.

## FORFEITURE
## (18 U.S.C. § 982)

1. The allegations contained in this Information are re-alleged and incorporated by reference as though fully set forth herein for the purpose of alleging forfeiture to the United States of certain property in which the defendant **ALDO ENRIQUE RUIZ** has an interest.

2. Upon conviction of the violation alleged in this Information, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(7), any property, real or personal, that constitutes or is derived, directly or indirectly, from gross proceeds traceable to the commission of such violations.

All pursuant to Title 18, United States Code, Section 982(a)(7), and the procedures set forth in Title 21, United States Code, Section 853, as made applicable by Title 18, United States Code, Section 982(b)(1).

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

ANNE P. MCNAMARA
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

ALDO ENRIQUE RUIZ,

_____Defendant._____/

CASE NO._____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

| | | |
|---|---|---|
| New defendant(s) | Yes ____ | No ____ |
| Number of new defendants | ____ | |
| Total number of counts | ____ | |

**Court Division:** (Select One)
- ✓ Miami
- ___ Key West
- ___ FTL
- ___ WPB
- ___ FTP

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No)   No
   List language and/or dialect   _____

4. This case will take __0__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)

   | | | |
   |---|---|---|
   | I | 0 to 5 days | ✓ |
   | II | 6 to 10 days | ___ |
   | III | 11 to 20 days | ___ |
   | IV | 21 to 60 days | ___ |
   | V | 61 days and over | ___ |

   (Check only one)

   | | |
   |---|---|
   | Petty | ___ |
   | Minor | ___ |
   | Misdem. | ___ |
   | Felony | ✓ |

6. Has this case previously been filed in this District Court?   (Yes or No)   No
   If yes: Judge _____   Case No._____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   No
   If yes: Magistrate Case No. _____
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____

   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?   Yes ____   No ✓

8. Does this case originate from a matter pending in the Northern Region U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   Yes ____   No ✓

_____
Anne P. McNamara
Assistant United States Attorney
Court ID A5501847

*Penalty Sheet(s) attached

REV 8/13/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** ALDO ENRIQUE RUIZ

**Case No:** _____

Count #: 1

Conspiracy to Commit Health Care Fraud and Wire Fraud

Title 18, United States Code, Section 1349

**\* Max. Penalty:**     Twenty (20) Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. |
| | ) | |
| Aldo Enrique Ruiz, | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

_____Theresa Van Vliet_____
*Printed name of defendant's attorney*

_____
*Judge's signature*

_____
*Judge's printed name and title*