UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:19-cr-20617-JLK

UNITED STATES OF AMERICA,

v.

ALDO ENRIQUE RUIZ,

    Defendant.
_____/

**ORDER ADOPTING AND AFFIRMING REPORT AND RECOMMENDATION
AND REQUIRING JOINT STATUS REPORT ON RESTITUTION**

THIS MATTER comes before the Court upon the Report and Recommendation of Magistrate Judge Bruce E. Reinhart, recommending that the undersigned dismiss the supervised release violation petition and proceed only with the pending restitution matter (the "R&R") (DE 52), filed April 1, 2024. The Court, after careful consideration, and being fully advised in the premises thereof, it is

**ORDERED, ADJUDGED, and DECREED** that:

1) Magistrate Judge Bruce E. Reinhart's R&R **(DE 52)** be, and the same is, hereby **AFFIRMED and ADOPTED** as an Order of this Court;

2) The Supervised Release Violation Petition **(DE 45)** is hereby **DISMISSED**; and

3) The Parties are required to **SUBMIT** to the Court a Joint Status Report regarding Defendant's Restitution within **twenty (20)** days.

**DONE AND ORDERED** in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 9th day of April, 2024.

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record
       Pretrial Services
       U.S. Probation Office